Maurice COLEMAN *v.* STATE of Arkansas

CR 93-676                                    856 S.W.2d 306

Supreme Court of Arkansas
Opinion delivered July 5, 1993

*Billy E. Ross*, for appellant.

No response.

PER CURIAM. Appellant, Maurice Coleman, by his attorney, Bill E. Ross, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late.

■ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See per curiam dated February 5, 1979, *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.